UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STANLEY A. CRAFT, )<br>)<br>Defendant. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 5:19-CV-287-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS the plaintiff's motion for summary judgment [D.E. 19] and finds defendant liable for $1,121,188.71.

**This Judgment Filed and Entered on September 22, 2021, and Copies To:**

| | |
|---|---|
| Alexander R. Kalyniuk | (via CM/ECF electronic notification) |
| Kunal J. Choksi | (via CM/ECF electronic notification) |
| Michael A. Ostrander | (via CM/ECF electronic notification) |

DATE:  
September 22, 2021

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk